# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, HEALTHY GULF, LOUISIANA BUCKET BRIGADE, and RISE ST. JAMES<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL TODD T. SEMONITE, in his official capacity as Commanding General, U.S. Army Corps of Engineers<br><br>*Defendants.* | Civil Action No.: 1:20-cv-00103 (RDM) |

## ORDER

Upon consideration of the Motion to Intervene in Support of Defendants filed by FG LA, LLC, it is hereby ORDERED that the Motion is GRANTED.

Signed this ___ day of February, 2020.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

{N3963270.1}