**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

Defendants.

Civil Action No.: 1:20-cv-00103-RDM

**AFFIDAVIT OF SERVICE**

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 2 | Corporate Disclosure Statement |
| ECF 3 | Issued Summons |
| ECF 3-1 | Notice of Right to Consent to a Magistrate Judge |
| ECF 4 | Standing Order in Civil Cases (Judge Randolph Moss) |
| ECF 5 | Motion for Admission of Attorney *Pro Hac Vice* |
| ECF 5-1 | Jeffers Declaration in Support of Admission *Pro Hac Vice* |
| ECF 5-2 | Proposed Order Granting Admission *Pro Hac Vice* |
| ECF 6 | Motion for Admission of Attorney *Pro Hac Vice* |
| ECF 6-1 | Simmonds Declaration in Support of Admission *Pro Hac Vice* |
| ECF 6-2 | Proposed Order Granting Admission *Pro Hac Vice* |
| ECF 7 | Motion for Admission of Attorney *Pro Hac Vice* |
| ECF 7-1 | Packard Declaration in Support of Admission *Pro Hac Vice* |
| ECF 7-2 | Proposed Order Granting Admission *Pro Hac Vice* |

On January 21, 2020, the above-listed documents were sent by certified mail, electronic return receipt requested, to the following parties:

U.S. Army Corps of Engineers
441 G St. NW
Washington, DC 20314

Lieutenant General Todd T. Semonite
U.S. Army Corps of Engineers
441 G St. NW
Washington, DC 20314

Civil Process Clerk
U.S. Attorney's Office
555 4th Street NW
Washington, D.C. 20530

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The U.S. Army Corps of Engineers and Lieutenant General Semonite received the documents on January 27, 2020. The U.S. Attorney's Office and Attorney General received the documents on January 28, 2020. Receipts and delivery confirmation are attached as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: February 6, 2020

*/s/ Cynthia Elkins*
Cynthia Elkins, Paralegal
Center for Biological Diversity
P.O. Box 220
Whitethorn, CA 95589

# Exhibit A






January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 7117**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 27, 2020, 12:06 pm |
| **Location:** | WASHINGTON, DC 20314 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | [signature] |
| Address of Recipient: | 20314 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 7124**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 27, 2020, 12:06 pm |
| **Location:** | WASHINGTON, DC 20314 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | [signature] M. Smith |
| Address of Recipient: | 20314 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 7131**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 28, 2020, 5:46 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 7148**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 28, 2020, 5:46 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004