## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center For Biological Diversity,** *et al.* <br>         **Plaintiffs,** <br><br> **v.** <br><br> **U.S. Army Corps of Engineers,** *et al*. <br>         **Defendants.** | **1:20-cv-103: RDM** |

### UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes Intervenor Defendant FG LA, LLC ("FG"), which files this motion for a brief continuance, from July 13, 2020 until July 15, 2020, for motions concerning the completeness of the administrative record. This brief extension is necessary to allow FG and the Corps an opportunity to confirm a small number of documents to be included in the record. Pursuant to Local Rule 7(m), FG has conferred with counsel for all other parties and they do not oppose this brief continuance. In further support of this motion, FG offers as follows:

1. On April 15, 2020, the parties jointly submitted a proposed scheduling order. Dkt. 23. That same day, the parties held their initial telephone status conference before the Court.

2. The following day, April 16, 2020, the Court entered a minute order stating, in part, "(1) the parties shall file, on or before July 13, 2020, any motion challenging the completeness of the administrative record, the applicability of any exceptions to record review, or the need for judicial review of extra-records materials[.]"

3. On May 29, 2020, the Corps filed its certified list of the administrative record. Dkt. 25.

4. After review of this list, FG and the Corps have corresponded concerning additional records that FG believes should be in the administrative record. The parties are in the process of confirming these documents, and FG believes the brief extension of this motion deadline will allow them to do so without the need for potentially unnecessary or duplicative motions practice.

5. FG contacted counsel for the Corps and Plaintiffs. Neither oppose this short extension of the deadline for filing motions concerning completeness of the administrative record.

Wherefore, FG prays that its motion will be granted, and the Court extends the deadline for filing motions concerning the completeness of the administrative record until July 15, 2020.

Respectfully submitted,

*/s/ Michael C. Drew*

William S. Scherman
DC Bar No. 384860
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue NW Suite 300
Washington, DC 20036-5306
(202) 887-3510
wscherman@gibsondunn.com

David Debold
DC Bar No. 484791
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue NW Suite 300
Washington, DC 20036-5306
(202) 955-8551
ddebold@gibsondunn.com

Alexander N. Breckenridge V
DC Bar No. 983736
Michael C. Drew (*pro hac vice*)
La. Bar No. 30884
JONES WALKER, LLP
201 St. Charles Avenue, Suite 5100

New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000

*Counsel for FG LA LLC*

{N4046669.1}                    3