# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> FG LA LLC, <br><br> *Defendant-Intervenor*. | Case No.: 1:20-cv-00103-RDM |

**[PROPOSED] ORDER ON PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES ARMY CORPS OF ENGINEERS' AND DEFENDANT-INTERVENOR FG LA LLC'S JOINT MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Court orders that Defendant United States Army Corps of Engineers' and Defendant-Intervenor FG LA LLC's Joint Motion To Extend Time To File Oppositions To Plaintiffs' Motion For Preliminary Injunction is DENIED. Defendants shall file their oppositions by July 21, 2020.

SO ORDERED this __ day of _____, 2020. ____

_____
The Honorable Randolph D. Moss
United States District Judge