# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> FG LA LLC, <br><br> Defendant-Intervenor. | Civil Case No. 1:20-cv-103-RDM |

## JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF TIME

The Center for Biological Diversity, Healthy Gulf, Louisiana Bucket Brigade, and Rise St. James ("Plaintiffs"), the United States Army Corps of Engineers and Lieutenant General Todd T. Semonite in his official capacity (together, "Federal Defendants"), and Defendant-Intervenor FG LA, LLC, have conferred for the purpose of submitting this Joint Status Report pursuant to the Court's July 15, 2020 Minute Order. After the July 15, 2020 status conference, Defendant-Intervenor worked with its client on gathering information discussed at the status conference and putting it into a form to share with Plaintiffs. Early today (July 17, 2020) Defendant-Intervenor shared this additional information with Plaintiffs about construction activities and the parties have met and conferred. Plaintiffs' counsel are reviewing these materials (attached as Exhibit 1), discussing them with their clients, and preparing a draft proposal for review by Defendants and Defendant-Intervenor.

*Draft Attorney Work Product*

A grant of additional time would allow the parties to continue to confer constructively. The parties therefore jointly stipulate to a request to extend to Tuesday, July 21, 2020 at 4:00 p.m. the deadline to submit a status report that meets the Court's requirements of addressing *inter alia* "whether we're dealing with a motion for TRO or preliminary injunction on a fairly limited portion of the case or cross motions for summary judgment on the entire case." July 15, 2020 Status Conference TR at 43. If the Court grants this extension, the parties will present, either by agreement or through separate positions, a joint report with their proposed scheduling for briefing on the pending Motion for Preliminary Injunction, if still necessary, and/or proposed scheduling relevant to the record issues and summary judgment. Given that such proposals have not been presented, the parties agree that a schedule for briefing the preliminary injunction motion has not yet been established.

*Draft Attorney Work Product*

Dated: July 17, 2020

/s/
Julie Teel Simmonds
CO Bar No. 32822, CA Bar No. 208282
Center for Biological Diversity
1536 Wynkoop St. Suite 421
Denver, CO 80202
(619) 990-2999
jteelsimmonds@biologicaldiversity.org

Emily Jeffers
CA Bar No. 274222
Center for Biological Diversity
1212 Broadway Suite 800
Oakland, CA 94612
(510) 844-7109
ejeffers@biologicaldiversity.org

Lauren Packard
CA Bar No. 317774
Center for Biological Diversity
1212 Broadway Suite 800
Oakland, CA 94612
(510) 844-7100
lpackard@biologicaldiversity.org

Catherine Cain Ware Kilduff
DC Bar No. 1026160
Center for Biological Diversity
801 Boush Street Suite 200
Norfolk, VA 23510
(202)780-8862
ckilduff@biologicaldiversity.org

*Counsel for Center for Biological Diversity, Healthy Gulf, Louisiana Bucket Brigade, and Rise St. James*

Respectfully submitted,

/s/
William S. Scherman
Bar No. 384860
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue NW Suite 300
Washington, DC 20036-5306
(202) 887-3510
wscherman@gibsondunn.com

David Debold
Bar No. 484791
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue NW Suite 300
Washington, DC 20036-5306
(202) 955-8551
ddebold@gibsondunn.com

Alexander N. Breckinridge
Bar No. 983736
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170
(504) 582-8138
abreckinridge@joneswalker.com

*Counsel for FG LA LLC*


PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division

**/s/**
Jacqueline M. Leonard
NY Bar No. 5020474
Natural Resources Section
(202) 305-0493
Jacqueline.leonard@usdoj.gov

*Draft Attorney Work Product*

Andrew Knudsen
DC Bar No. 1019697
Environmental Defense Section
United States Department of Justice

Environment & Natural Resources Division
P.O. Box 7611
(202) 353-7466
Andrew.knudsen@usdoj.gov

*Counsel for Federal Defendants*

4