# FG LA LLC
## PRECONSTRUCTION PROJECTS

2020 Activites Summary

# SOIL TESTING

DESCRIPTION OF SOIL
TESTING SCOPE & SCHEDULE

- Testing in approximately 325 remaining locations
  - *A 2 - 6 inch hole is drilled or pushed to varying depths*
  - *Samples taken from the holes are sent offsite for testing*
  - *Instrumentation may be placed in ground or the boring hole to provide additional soil measurements and data*
  - *Once samples are taken and other data collected, the boring hole is immediately backfilled with the removed material and a clay grout.*
- All work is done by ATV and Track-mounted equipment with minimal ground disturbance
- Previously, FG instructed crews to avoid any work within permitted jurisdictional wetlands and non-wetland waters until September 2020. We are delaying work in 45 locations.
  - *9 locations within jurisdictional wetlands, comprising an approximate total of 2 square feet.*
  - *Locations within non-wetland waters (field ditches) are likely to be completed outside the ditch and not impact jurisdictional features.*
  - *Future soil testing work in the borrow pits will be completed by floating rigs.*
- Crews will move from location to location and plan to finish by the end of 2020.

2

# SOIL TESTING

REPRESENTATIVE SITE PHOTOGRAPHS

ATV DRILLING RIG



# SOIL TESTING

REPRESENTATIVE SITE PHOTOGRAPHS

## TRACK MOUNTED RIG



# SOIL TESTING

REPRESENTATIVE SITE PHOTOGRAPHS

## REPRESENTATIVE FLOATING RIGS FOR FUTURE SOIL TESTING IN EXISTING BORROW PITS





# SOIL TESTING

PROJECT RECAP

- 97% of the work will be in non-jurisdictional areas.

- Approximately two square feet of impact in nine locations within jurisdictional wetlands – which have already been offset with mitigation credits.

- No impacts to Buena Vista, Acadia, or Anomalies

- Testing in jurisdictional wetlands and non-wetland waters delayed until September
  - *The rigs used for such testing do not disturb the waters themselves*

6

# SOIL TESTING
## MAP OF SOIL TESTING ACTIVITIES



# UTILITY RELOCATION

## DESCRIPTION OF UTILITY RELOCATION SCOPE & SCHEDULE

- In order to avoid future unintended impacts to utilities which serve the surrounding community and eliminate overhead utility conflicts, FG is funding the relocation of several services:
  - *Entergy power lines (By Entergy Contractors)*
    - Approximately 2,700 linear feet of conduit relocation from overhead to subsurface across the Sunshine Property frontage along LA Hwy 18.
    - Will utilize directional bore and open trench construction methods
    - Began 7/13/20 and is expected to end 8/24/20
  - *AT&T fiber optic (By AT&T Contractors)*
    - Approximately 5,000 linear feet of subsurface conduit relocation from Lapice Road to the eastern Sunshine Property boundary along LA Hwy 18.
    - Will utilize directional bore and open trench construction methods
    - Expected to mobilize 7/20/20 or later with a duration of three weeks
  - *COX Telecommunications (By COX Contractors)*
    - Approximately 2,700 linear feet of conduit relocation from overhead to subsurface across the Sunshine Property frontage along LA Hwy 18.
    - Will utilize directional bore and open trench construction methods
    - Expected to mobilize 7/20/20 or later with a duration of three weeks
  - *RTC Telecommunications (By RTC Contractors)*
    - Approximately 2,700 linear feet of conduit relocation from overhead to subsurface across the Sunshine Property frontage along LA Hwy 18.
    - Will utilize directional bore and open trench construction methods
    - Expected to mobilize 7/20/20 or later with a duration of three weeks
  - *Waterline Relocations (By FG Contractors)*
    - Approximately 2,700 linear feet each of replacement of two public waterlines (5,400 linear feet total) to prevent potential damage to the existing brittle pipes.
    - Will utilize directional bore and open trench construction methods.
    - Scheduled for prior to end of 2020
- No impacts to jurisdictional wetlands or non-wetland waters within utility relocation scopes.
- None of this work takes place on the levee.  All work is on the southern side of Highway 18 with the exception of a portion of AT&T's work.

8

# UTILITY RELOCATION

VICINITY MAP



UTILITY RELOCATIONS ALONG HIGHWAY 18

ANOMALY D

ACADIA

RAILROAD

BUENA VISTA

PROPERTY BOUNDARY

ANOMALY H

HIGHWAY 18

ANOMALY L

HIGHWAY 3127

WETLANDS (TYP)

# UTILITY RELOCATIONS
## MAP OF UTILITY RELOCATION ACTIVITIES



# UTILITY RELOCATIONS

REPRESENTATIVE SITE PHOTOGRAPHS

## DIRECTIONAL DRILLING RIG FOR ELECTRICAL CONDUIT



# UTILITY RELOCATIONS

PROJECT RECAP

- No impacts to jurisdictional wetlands
- No impacts to Buena Vista, Acadia, or Anomaly areas.
- No impacts to jurisdictional non-wetland waters
- No work on the levee.

12

# HIGHWAY 3127 EXPANSION

DESCRIPTION OF HIGHWAY EXPANSION SCOPE

- FG partnered with local and state officials to implement traffic improvement solutions for Highway 3127.

- Expansion of the highway includes typical road construction activities including excavation, grading, drainage installation, material import and placement, pavement, striping, etc. to support:

  – *Construction of two new travel lanes along the FG property frontage to provide two westbound and two eastbound travel lanes. Taper transitions extend beyond the extents of FG's property within the LADOTD right-of-way.*

  – *Construction of turn lanes, acceleration lanes, and U-turn locations along the length of the widening.*

  – *Installation of drainage infrastructure.*

- Construction began 6/29/2020 and is scheduled to last approximately 6 months.

- Impacts include approximately 18,000 linear feet of ditches (non-wetland waters) that will be cleared of vegetation then swept and graded. These impacts were included in the USACE permit.

  – *Roadside ditches which are occasionally maintained by DOTD by spraying of herbicides.*

  – *Sweeping includes removal of vegetation and siltation.*

  – *Sweeping will improve drainage in the area.*

  – *Ditch clearing and sweeping work has begun and will likely be complete in July.*

  – *Maintenance of existing drainage infrastructure can be exempt from Section 404 permitting, but FG did include these impacts in its permit.*

- Tree and brush clearing of ditches has been completed on 17,300 linear feet of these ditches.

13

# HIGHWAY 3127 EXPANSION

VICINITY MAP



HIGHWAY 3127 WIDENING

# HIGHWAY 3127 EXPANSION
## MAP OF HIGHWAY WITH WETLANDS



# HIGHWAY 3127 EXPANSION

REPRESENTATIVE SITE PHOTOGRAPHS

INSTALLATION OF MEDIAN CULVERTS



EXCAVATION OF PREVIOUS SURCHARGE MATERIAL FOR USE AS BACKFILL



# HIGHWAY 3127 EXPANSION

REPRESENTATIVE SITE PHOTOGRAPHS

STORMWATER BMPs
INSTALLED ONSITE



17

# HIGHWAY 3127 EXPANSION

PROJECT RECAP

- No jurisdictional wetland impacts.

- No impacts to Buena Vista, Acadia, or the Anomaly sites.

- Impacts to non-wetland waters include sweeping and clearing of vegetation from 18,000 linear feet of ditches.

- Clearing of vegetation from 17,300 linear feet of ditches has been accomplished to date.

- Once clearing is complete, the 18,000 linear feet of ditches will be swept.

18

# REMOVAL OF FLORIDA GAS PIPELINE

DESCRIPTION OF FLORIDA GAS PIPELINE SCOPE

- Project is the removal of a portion (+/- 1500 linear feet) of an abandoned gas pipeline.

- No impact to jurisdictional wetlands.

- Impacts will be approximately 30 linear feet of non-wetland other waters.
  - *Even these impacts will be temporary.*
  - *The ditch bottom may be excavated to remove the existing pipeline, however, the ground will be returned to existing grade following pipeline removal and vegetation will be established.*

- The project is scheduled to commence in late July and be complete within 2 weeks.

19

# REMOVAL OF FLORIDA GAS PIPELINE

VICINITY MAP



20

# REMOVAL OF FLORIDA GAS PIPELINE
## MAP OF PROJECT



21

# REMOVAL OF FLORIDA GAS PIPELINE

PROJECT RECAP

- No jurisdictional wetland impacts.

- No impacts to Buena Vista, Acadia, or the Anomaly Areas.

- Temporary impacts are to approximately 30 linear feet (or 0.02 acres) of non-wetland waters (field ditch).

22

# TEST PILES

DESCRIPTION OF TEST PILE
SCOPE

- Project consists of driving monument piles (for location and elevation reference) and test piles (to determine load support).

- There are six monument pile locations, all situated along the perimeter of the project site.

- There are nine test pile locations.

- Equipment that can be expected onsite:
  - *Crawler Cranes, Crane Leads, Hammer, Spotter, Sea Can, Excavator (for moving piles and matting), UTV, bulldozer (for leveling cane rows)*
  - *Timber mats are laid out to reduce ground impact of equipment onsite*

- There are no impacts to jurisdictional wetlands as a result of this work.

- Impacts to jurisdictional non-wetland other waters are minimal and temporary.

23

# TEST PILES

SEQUENCE AND SCHEDULE

| Test and Monument Pile Sites | Schedule | | Status |
|---|---|---|---|
| | Driving | Testing | |
| (1): PLT-1, PLT-2 | Driving 8/25/20 to 8/28/20 | Testing 9/25/20 to 10/14/20 | - |
| (2): PLT-3, PLT-4 | Driving 8/20/20 to 8/25/20 | Testing 9/14/20 to 9/28/20 | - |
| (3): PLT-5, PLT-6 | Driving 8/7/20 to 8/11/20 | Testing 8/31/20 to 9/16/20 | - |
| (4): PLT-7, PLT-8 | Driving 7/31/20 to 8/4/20 | Testing 8/19/20 to 9/1/20 | - |
| (5); PLT-9, PLT-10 | Drving 7/23/20 to 7/28/20 | Testing 8/7/20 to 8/21/20 | - |
| (6); PLT-11, PLT-12 | Driving 7/15/20 to 7/20/20 | Testing 7/27/20 to 8/10/20 | (Partail Driving was complete ) |
| (7): PLT-13, PLT-14 | Driving 9/25/20 to 10/1/20 | Testing 10/9/20 to 10/23/20 | |
| (8): PLT-15 (Timber Pile) | 9/22/20 to 9/25/20 | NA | - |
| (9): PLT-16, PLT-17 | Driving 10/1/20 to 10/7/20 | Testing 10/21/20 to 11/4/20 | - |
| (10): Monument 1 | Installed on 7/14/20 | NA | (completed ) |
| (11): Monument  2 | 8/28/20 to 9/7/20 | NA | - |
| (12): Monument  3 | 10/7/20 to 10/14/20 | NA | - |
| (13): Monument 4 | 9/18/20 to 9/22/20 | NA | - |
| (14): Monument 5 | 9/11/20 to 9/17/20 | NA | - |
| (15): Monument 6 | 8/17/20 to 8/20/20 | NA | - |

24

# TEST PILES
## MAP OF PROJECT





# TEST PILES

REPRESENTATIVE SITE
PHOTOGRAPHS

### ERECTION OF CRANE, LEADS, AND HAMMER FOR TEST PILE DRIVING



### CONCRETE PILES



# TEST PILES

RECAP

- No jurisdictional wetland impacts.

- No impacts to Buena Vista, Acadia, or the Anomaly sites.
  - *Work in the vicinity of the perimeter of Acadia site*
  - *Work in the vicinity of Acadia site perimeter is scheduled for late August*
  - *Acadia perimeter is flagged to avoid work crossing into site.*

- Impacts are only to non-wetland other waters as necessary to place temporary culverts for site access.

27