IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.* <br><br> *Federal Defendants*, <br><br> and <br><br> FG LA LLC, <br><br> *Defendant-Intervenor*. | Civil Case No. 1:20-cv-103-RDM |

**FEDERAL DEFENDANTS' NOTICE OF
LODGING PORTIONS OF ADMINISTRATIVE RECORD**

As required by the Court's August 31, 2020 Order (ECF No. 49), Federal Defendants hereby lodge the administrative record materials identified by the Court's Order (totaling 26 documents), as well as six additional documents related to the Buena Vista and/or Acadia sites. The documents are organized in reverse chronological order. Federal Defendants intend to file a motion for leave to file unredacted versions of the redacted materials shortly.

Respectfully submitted this 1st day of September, 2020.

JEAN WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*s/ Jacqueline M. Leonard*
Jacqueline M. Leonard
NY Bar No. 5020474
Natural Resources Section

(202) 305-0493
Jacqueline.leonard@usdoj.gov

Andrew Knudsen
DC Bar No. 1019697
Environmental Defense Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
(202) 353-7466
Andrew.knudsen@usdoj.gov

*Counsel for Federal Defendants*

**Administrative Record Documents Requested by ECF No. 49 for Hearing
On Plaintiffs' Motion to Admit Extra-Record Evidence**

| | Starting Bates | End Bates | Date | Author | Recipient | Subject/Description | Remarks |
|---|---|---|---|---|---|---|---|
| 1. | AR000001 | AR000103 | 9/5/2019 | U.S. Army Corps of Engineers, New Orleans District (MVN) | FG LA, LLC | Department of the Army Permit issued to FG LA, LLC, Permit No. MVN-2018-00159-CM, with Section 408 permission letters | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 2. | AR000104 | AR000185 | 9/5/2019 | Gauthier, Neil T. (MVN) | | Department of the Army Environmental Assessment (EA) and Statement of Findings (SOF) Memorandum for Record (MFR) for permit number MVN- 2018-00159-CM | |
| 3. | AR000284 | AR000284 | 7/3/2019 | McKeithen, Marjorie A. (Jones Walker, LLP) | Comeaux, Jude M. (POWER) | Email string between Jones-Walker and POWER discussing the fencing plan and acceptance by the SHPO | |
| 4. | AR000287 | AR000287 | 7/2/2019 | Sanders, Kristin (LA Division of Archaeology) | Clifton, Paul (Providence) | SHPO letter to Providence in response to the June 17, 2019 letter concerning FA LA, LLC's archaeological report of the Acadia and Buena Vista cemeteries | |
| 5. | AR000288 | AR000293 | 6/27/2019 | Comeaux, Jude M. (POWER) | Gauthier, Neil T. (MVN); Mayer, Martin S. (MVN) | POWER email to MVN transmitting the notes for the fencing plan and the site plan for the Buena Vista Avoidance, with attachments | |
| 6. | AR000294 | AR000296 | 6/27/2019 | McKeithen, Marjorie A. (Jones Walker, LLP) | Comeaux, Jude M. (POWER) | Email string between Jones-Walker and POWER discussing the fencing plan and acceptance by the SHPO | |

|  | Starting Bates | End Bates | Date | Author | Recipient | Subject/Description | Remarks |
|---|---|---|---|---|---|---|---|
| 7. | AR000303 | AR000304 | 6/14/2019 | FG LA, LLC | USACE | Proposed fencing plan with additional notes for the Buena Vista Cemetery | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 8. | AR000324 | AR000407 | Jun-19 | TerraXplorations, Inc. (TerraX) | Providence Engineering and Environmental Group, LLC (PEEG) | Archaeological Monitoring and Mechanical Stripping of the Acadia and Buena Vista Cemeteries, St. James Parish, Louisiana, Final Report (June 2019) | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 9. | AR000533 | AR000534 | 3/13/2019 | Shively, Alina J. (Jena Band of Choctaw Indians) | Gauthier, Neil T. (MVN) | Email string between Jena Band of Choctaw Indians to MVN discussing the Tribal Historic Preservation Officer (THPO) concurrence with the determination of No Effect to present cultural properties | |
| 10. | AR000621 | AR000719 | 2/13/2019 | U.S. Army Corps of Engineers, New Orleans District (MVN) | Chitimacha Tribe of LA; Choctaw Nation of Oklahoma-1; Choctaw Nation of Oklahoma-2; Coushatta Tribe of Louisiana-1; Jena Band of Choctaw Indians; Mississippi Band of Choctaw Indians; Seminole Nation of Oklahoma-1; Seminole Nation of Oklahoma-2; Tunica-Biloxi Tribe of Louisiana | MVN email to Tribal Nations transmitting the FG LA, LLC permit application and the transmittal letter to the Louisiana State Historic Preservation Office (SHPO), with attachments (Email 3 of 3) | |

|     | Starting Bates | End Bates | Date | Author | Recipient | Subject/Description | Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11. | AR000720 | AR000801 | 2/13/2019 | U.S. Army Corps of Engineers, New Orleans District (MVN) | Chitimacha Tribe of LA; Choctaw Nation of Oklahoma-1; Choctaw Nation of Oklahoma-2; Coushatta Tribe of Louisiana-1; Jena Band of Choctaw Indians; Mississippi Band of Choctaw Indians; Seminole Nation of Oklahoma-1; Seminole Nation of Oklahoma-2; Tunica-Biloxi Tribe of Louisiana | MVN email to Tribal Nations transmitting the FG LA, LLC permit application and the transmittal letter to the Louisiana State Historic Preservation Office (SHPO), with attachments (Email 2 of 3) | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 12. | AR000802 | AR000946 | 2/13/2019 | U.S. Army Corps of Engineers, New Orleans District (MVN) | Chitimacha Tribe of LA; Choctaw Nation of Oklahoma-1; Choctaw Nation of Oklahoma-2; Coushatta Tribe of Louisiana-1; Jena Band of Choctaw Indians; Mississippi Band of Choctaw Indians; Seminole Nation of Oklahoma-1; Seminole Nation of Oklahoma-2; Tunica-Biloxi Tribe of Louisiana | MVN email to Tribal Nations transmitting the FG LA, LLC permit application and the transmittal letter to the Louisiana State Historic Preservation Office (SHPO), with attachments (Email 1 of 3) | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 13. | AR000997 | AR001000 | 1/28/2019 | U.S. Army Corps of Engineers, New Orleans District (MVN) | State Historic Preservation Officer, Federally Recognized Tribes of St. James Parish | MVN letter providing notification of receipt of permit application by FG LA, LLC for work in jurisdictional waters location in St. James Parish, Louisiana | Signed hard copy available upon request. |
| 14. | AR001318 | AR001318 | 12/18/2018 | Fulmer, Noah J. (MVN) | Gauthier, Neil T. (MVN) | MVN email string discussing the "No effect to historic properties" determination | |

3

|  | Starting Bates | End Bates | Date | Author | Recipient | Subject/Description | Remarks |
|---|---|---|---|---|---|---|---|
| 15. | AR001321 | AR001325 | 12/17/2018 | Gauthier, Neil T. (MVN) | Fulmer, Noah J. (MVN) | MVN email transmitting 100-foot buffer for cemeteries, and COX-McLain transmittal memo concerning the Phase I Archaeological Survey, with attachments | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 16. | AR001409 | AR001543 | 12/17/2018 | Gauthier, Neil T. (MVN) | Fulmer, Noah J. (MVN) | MVN email transmitting Final Phase I Archaeological Survey Report (March 2018) [Note: attachment same as AR 4753-4887] | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 17. | AR002261 | AR002261 | 11/9/2018 | Sanders, Kristin (LA Division of Archaeology) | Horvath, Mike (POWER) | Division of Archaeology (LA DoA) letter to POWER providing no comments in response to the Phase II Archaeological Testing of Sites 16SJ28 and 16SJ109 | |
| 18. | AR002265 | AR002265 | 11/1/2018 | Gauthier, Neil T. (MVN); Hill, Elizabeth (OES); Hester, Brad (OCM) | | Supplemental Joint Public Notice for the proposed construction of the Greenfield Chemical Complex in Louisiana (the FG LA complex) | |
| 19. | AR002267 | AR002267 | 10/29/2018 | McGimsey, Charles (LA Division of Archaeology) | Hanks, Melanie (Providence Engineering) | SHPO letter to Providence in response to the October 25, 2018 letter concerning FA LA, LLC's completed and proposed actions at the Acadia and Buena Vista sites. | |
| 20. | AR004679 | AR004752 | 8/27/2018 | Gauthier, Neil T. (MVN); Hill, Elizabeth (OES) | | Joint Public Notice concerning the FG LA, LLC permit application. | |
| 21. | AR004753 | AR004887 | 8/24/2018 | Gauthier, Neil T. (MVN) | Fulmer, Noah J. (MVN) | MVN email transmitting Final Phase I Archaeological Survey Report (March 2018) [Note: attachment same as AR 1409-1543] | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 22. | AR004888 | AR004984 | 8/24/2018 | Gauthier, Neil T. (MVN) | Fulmer, Noah J. (MVN) | MVN email transmitting draft Archeology Survey Report (June 2018) for St. James Parish, with attachment | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |

4

|   | Starting Bates | End Bates | Date | Author | Recipient | Subject/Description | Remarks |
|---|---|---|---|---|---|---|---|
| 23. | AR004985 | AR005148 | 8/24/2018 | Gauthier, Neil T. (MVN) | 106 box | MVN email transmitting draft Archeology Survey Report (June 2018) and SHPO confirmation and site record forms, with attachments | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 24. | AR005149 | AR005149 | 8/24/2018 | Gauthier, Neil T. (MVN) | | National Historic Preservation Act (NHPA) Section 106 Compliance Review Request | |
| 25. | AR005168 | AR005347 | 8/15/2018 | Gauthier, Neil T. (MVN) | Fulmer, Noah J. (MVN) | MVN email transmitting draft Archeology Survey Report (June 2018) and SHPO confirmation and site record forms, with attachments. [Note: Duplicate of AR 4985] | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 26. | AR005348 | AR005352 | 8/15/2018 | Gauthier, Neil T. (MVN) | Fulmer, Noah J. (MVN) | Email string between MVN and Cox McLain discussing the National Register of Historic Places (NRHP) testing. | |
| 27. | AR005353 | AR005354 | 8/10/2018 | McGimsey, Charles (LA Division of Archaeology) | Emery, Jason A. (MVN); Fulmer, Noah J. (MVN) | SHPO email to MVN discussing the FG LA, LLC project in St. James Parish and the Buena Vista and Arcadia Plantation cemeteries. | |
| 28. | AR005915 | AR006010 | 6/29/2018 | Rush, Haley (Cox/McLain Environmental Consulting - Cox/McLain) | Power Engineers, Inc. (POWER) | Phase II Archaeological Testing of Sites 16SJ28 and 16SJ109 at the Proposed FG LA LLC Project Site, ST. James Parish, Louisiana (June 2018) | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 29. | AR006014 | AR006022 | Jun-18 | Zephyr Environmental Corporation (Zephyr) | FG LA, LLC | Summary Report - Intensive Archeological Survey of the Proposed Project Site (June 2018) | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |
| 30. | AR006120 | AR006329 | 3/7/2018 | Rush, Haley (Cox/McLain Environmental Consulting - Cox/McLain) | Zephyr Environmental Corporation (Zephyr) | Phase I Archaeological Survey of the Proposed FG LA LLC Project Site with Phase II Testing at 16SJ109, St. James Parish, Louisiana (March 2018) | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |

|  | **Starting Bates** | **End Bates** | **Date** | **Author** | **Recipient** | **Subject/Description** | **Remarks** |
|---|---|---|---|---|---|---|---|
| 31. | AR006418 | AR006419 | 11/21/2017 | Sanders, Kristin (LA Division of Archaeology) | Rush, Haley (Cox/McLain) | SHPO letter in response to Cox/McLain's October 27, 2017 letter acknowledging receipt of the Phase I Archaeological Survey | |
| 32. | AR006904 | AR006904 | Undated | Unknown | | National Historic Preservation Act Standard Conditions | |