# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.* <br><br> *Federal Defendants*, <br><br> and <br><br> FG LA LLC, <br><br> *Defendant-Intervenor*. | Civil Case No. 1:20-cv-103-RDM |

**FEDERAL DEFENDANTS' SUPPLEMENTAL NOTICE OF
LODGING PORTIONS OF ADMINISTRATIVE RECORD**

As required by the Court's August 31, 2020 Order (ECF No. 49), Federal Defendants hereby lodge two additional documents from the administrative record related to the Buena Vista and/or Acadia sites. Federal Defendants intend to file a motion for leave to file unredacted versions of the redacted materials.

Respectfully submitted this 1st day of September, 2020.

JEAN WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*s/ Jacqueline M. Leonard*
Jacqueline M. Leonard
NY Bar No. 5020474
Natural Resources Section
(202) 305-0493
Jacqueline.leonard@usdoj.gov

Andrew Knudsen
DC Bar No. 1019697
Environmental Defense Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
(202) 353-7466
Andrew.knudsen@usdoj.gov

*Counsel for Federal Defendants*

## Supplemental Administrative Record Documents Requested by ECF No. 49 for Hearing
## On Plaintiffs' Motion to Admit Extra-Record Evidence

| | Starting Bates | End Bates | Date | Author | Recipient | Subject/Description | Remarks |
|---|---|---|---|---|---|---|---|
| 1 | AR004673 | AR004678 | 8/29/2018 | Horvath, Mike (POWER) | Gauthier, Neil T. (MVN) | Email string between POWER and MVN discussing the issuance of the public notice and identification of two cemeteries, Buena Vista and Acadia. | |
| 2 | AR005382 | AR005384 | 7/31/2018 | Rush, Haley (Cox/McLain Environmental Consulting – Cox/McLain) | Gauthier, Neil T. (MVN) | Cox/McLain email to MVN discussing two unknown cemetery locations, Acadia and Buena Vista, with attachments. | REDACTED: Information withheld from disclosure under 54 U.S.C. § 307103 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2020, the foregoing notice was served on all counsel of record by the CM/ECF system.

/s/ *Andrew D. Knudsen*
Andrew D. Knudsen