IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL SCOTT A. SPELLMON[1] (in his official capacity as Commanding General of the U.S. Army Corps of Engineers),<br><br>　　*Federal Defendants*,<br><br>　　and<br><br>FG LA, LLC,<br><br>　　*Defendant-Intervenor*. | Civil Case No. 1:20-cv-103-RDM |

**STATUS REPORT**

　　Defendants the U.S. Army Corps of Engineers and Lieutenant General Scott A. Spellmon (collectively, "the Corps") file this status report in response to the Court's November 5, 2020 Minute Order. The Court ordered the Corps to file a status report within 24 hours after issuing notice to FG LA, LLC of the Corps' reevaluation of the challenged permit under 33 C.F.R. § 325.7. On November 12, 2020, the Corps gave notice to FG LA, LLC via counsel that the Corps is reevaluating Permit MVN-2018-00159-CM and has suspended the permit under 33 C.F.R. § 325.7(c). The notice of suspension and the associated statement of findings supporting

---

[1] Lieutenant General Scott A. Spellmon has succeeded Todd T. Semonite as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers and, pursuant to Fed. R. Civ. P. 25(d), is automatically substituted as a party in this case.

the Corps' decision are attached as Exhibits 1 and 2, respectively. This status report is being filed within 24 hours after the Corps issued the notice of suspension to FG LA, LLC.

                              Respectfully submitted,

Date: November 13, 2020

Of Counsel:

MELANIE CASNER
*Attorney*
U.S. Army Corps of Engineers

    */s/ Andrew D. Knudsen*
JACQUELINE LEONARD
Natural Resources Section
NY Bar No. 5020474
(202) 305-0493
ANDREW D. KNUDSEN
Environmental Defense Section
DC Bar No. 1019697
(202) 353-7466
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I filed the foregoing via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                        */s/ Andrew D. Knudsen*
                                        Andrew D. Knudsen