# EXHIBIT 1



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
7400 LEAKE AVE
NEW ORLEANS, LA 70118-3651

November 10, 2020

SUBJECT: Notice of Suspension of Department of the Army Permit MVN-2018-00159-CM

FG LA, LLC
c/o POWER Engineers, Inc.
Attn: Jude Comeaux
One America Place
301 Main Street., Suite 2284
Baton Rouge, Louisiana, 70801

Dear Mr. Comeaux,

    This notice is in reference to your Department of the Army (DA) Permit MVN-2018-00159-CM issued by the U.S. Army Corps of Engineers, New Orleans District (Corps) on September 5, 2019 authorizing the clearing, grading, excavating, and placing fill and aggregate material to construct and maintain a Greenfield Petrochemical Complex and Marine Facility (The Sunshine Facility), pursuant to Section 10 of the Rivers and Harbors Act and Section 404 of the Clean Water Act. The project site is located on and adjacent to the Mississippi River, Right Descending Bank, mile 165.5, near Welcome, Louisiana, in St. James Parish.

    The regulations on processing DA permits at 33 CFR 325.7 allow for the District Engineer, at their discretion, to reevaluate the circumstances and conditions of any permit and initiate action to modify, suspend, or revoke a permit as may be made necessary by considerations of the public interest.

    The Corps has determined it to be in the public interest to suspend DA Permit MVN-2018-00159-CM so that we may re-evaluate the alternatives analysis under the Clean Water Act and other aspects of the permit decision if appropriate. Accordingly, all activities authorized under **Permit MVN-2018-00159-CM must cease.** Please let us know if you believe some activities are necessary to stabilize project site integrity or otherwise prevent adverse impacts during the re-evaluation. Please be advised that following this suspension, a decision will be made to either reinstate, modify, or revoke the DA permit.

    Within 10 days of receipt of this notice of suspension, you may request a meeting to present information in this matter. If you have any questions or would like to schedule a meeting, please contact Martin Mayer at 504-862-2255, or at martin.s.mayer@usace.army.mil.

Sincerely,

Stephen F. Murphy
Colonel, U.S. Army
District Commander