## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

       *Plaintiffs*,

    v.

U.S. ARMY CORPS OF ENGINEERS, *et al.*,

       *Defendants*,

   and

FG LA LLC,

       *Defendant-Intervenor*.

Civil Action No. 20-103 (RDM)

### ORDER

For the reasons explained in the Court's Memorandum Opinion issued on January 1, 2021, Dkt. 77, Defendant U.S. Army Corps of Engineers' motion for voluntary remand without vacatur, Dkt. 71, is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint, Dkt. 1, is hereby **DISMISSED** without prejudice.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  January 1, 2021